USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                        11 Cr. 00569 (PAC)

       -against-                                ORDER

OMAR LOPEZ CASTRO,

       Defendant.
-------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

    Defendant moves for a judicial recommendation to the U.S. Bureau of Prisons ("BOP") that he be permitted to spend the final 12 months of his term of imprisonment "in a halfway house or home confinement."

    The Court understands that the BOP in the normal course presently will, "to the extent practicable," assign an inmate to serve the final 12 months of his term of imprisonment under such conditions, with home confinement limited to a maximum of 6 months. 18 U.S.C. § 3624(c) 1 and 2. Accordingly, the requested relief does not appear to be necessary. In any event, due to the factors in 18 U.S.C. § 3553, including the guideline applied at sentencing, the Court, in the exercise of its discretion, declines Lopez Castro's request for a judicial recommendation to the BOP with regard to his sentence.

Dated: New York, New York
          July 17, 2018

                                                              SO ORDERED

                                                               _____
                                                              PAUL A. CROTTY
                                                               United States District Judge