UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

Case No. 11 Cr. 569 (PAC)

UNITED STATES OF AMERICA

     - Against -    **AFFIRMATION**

OMAR LOPEZ CASTRO

  Defendant.

_____/

  JEFFREY COHN, attorney for Mr. Castro Lopez, makes this affirmation under penalty of perjury:

1. Mr. Castro Lopes, through undersigned counsel, respectfully requests that this Court terminate his supervised release pursuant to Rule 32.1(b) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3583(e). In support of this Motion, Mr. Lopez Castro submits:

1. The statute governing early termination of supervised release, 18 U.S.C. § 3583(e), provides that the court may terminate a term of supervised release "and discharge the defendant released at any time after the expiration of one year of supervised release, ... if it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice."

2. In September 2019, Mr. Lopez Castro began a five-year term of supervised release under the supervision of the United States District Court for the District of Puerto Rico, after having served a 135 month sentence of incarceration.

3. It appears that since September 2019, Mr. Lopez Castro has fulfilled all the conditions of his supervised release. He presently works at Carpio Shell Carolina in Carolina, Puerto Rico. As the Court may recall from sentencing, he also cares for his Vietnam veteran father and mom, both of whom are seriously ill.

4. Counsel, on behalf of Mr. Castro Lopez, has attempted multiple times to contact his supervising U.S. Probation Officer, Ms. Marilou Torre, to no avail, and sent a copy of this motion and attachments to her by Wattsup.

5. Mr. Lopez Castro has proven that he meets the criteria for early termination of supervised based on her good conduct under 18 U.S.C. § 3583(e).

WHEREFORE, it is respectfully requested that, in the interest of justice, the Court grant Ms. Castro Lopez' motion for early termination of her supervised release pursuant to

18 U.S.C. § 3583(e), and pursuant to Rule 32.1(b) and whatever other and further relief the Court finds equitable and just.

Affirmed on January 1, 2021, Long Beach, NY

JEFFREY COHN
Digitally signed by JEFFREY COHN
DN: cn=JEFFREY COHN, o, ou, email=jcohnlaw@gmail.com, c=US
Date: 2021.01.01 10:22:25 -05'00'

Jeffrey Cohn, Esq.

Attorney for Omar Lopez Castro

501 Fifth Avenue, Suite 2008

New York, NY 10017

646-201-5202

jcohnlaw@gmail.com

3/3/2021
Request denied. Defendant's request should be made to the District of Puerto Rico. SO ORDERED.